UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JENNIFER SWOOPES, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | 1:10-CV-234 |
| v. ) | *Collier / Lee* |
| ) | |
| KOCH FOODS, LLC, and KOCH FOODS ) | |
| OF CHATTANOOGA, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is the motion of Edward N. Boehm, Jr., currently counsel of record for Defendants, to withdraw from representing Defendants in this matter [Doc. 61]. Defendants continue to be represented by other members of Attorney Boehm's firm, and Plaintiffs have informed the Court they have no objection to the withdrawal. Accordingly, Attorney Boehm's motion [Doc. 61] is **GRANTED**. The Clerk is **DIRECTED** to remove Attorney Boehm's name as counsel of record in this case.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE